UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **KEVIN LAMONT LOGAN** | **CIVIL ACTION NO. 12-2221** |
| **VERSUS** | **JUDGE JAMES** |
| **MADISON PARISH DETENTION CENTER, ET AL.** | **MAGISTRATE JUDGE HAYES** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that this matter has been pending since August 14, 2012,

**IT IS ORDERED** that Plaintiff's motion for extension of time, contained within his objections to the Report and Recommendation [Doc. No. 51] is **DENIED**.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion For Summary Judgment [Doc. No. 37], filed by Defendants Madison Parish Detention Center, Larry Cox, Major Johnson, Captain Brooke, and Mrs. Washington, be **GRANTED**, and that the Complaint, [Doc. No. 6] is **DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies**, **but DISMISSED WITH PREJUDICE** for purposes of proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915(d).

**MONROE, LOUISIANA, this 14th day of January, 2014.**

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE